IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EVERETT V. REEDY,                                Civ. No. 04-525-TC

          Petitioner,                     ORDER

    v.

JEAN HILL,

          Respondent.

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on December 14, 2007, in the above entitled case. The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner timely filed objections. The court has,

therefore, given <u>de novo</u> review of Judge Coffin's rulings.

The court adopts the Findings and Recommendation filed December 14, 2007 [#17] in its entirety. The petition for writ of habeas corpus is denied. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this 13th day of February, 2008.

                                          Michael R. Hogan
                                          United States District Judge